1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    EDWARD RUBINSTEIN and MARINA
     GOCHA,
10                                              No. C 14-00986 JSW
                  Plaintiffs,
11
          v.
12                                              **ORDER OF DISMISSAL**
     NATIONSTAR MORTGAGE,
13
                  Defendant.
14   _____/

15

16        On July 21, 2014, this Court issued an order dismissing Plaintiffs' complaint and

17   providing Plaintiffs with leave to amend by by August 14, 2014.  The Court admonished

     Plaintiffs that if they failed to file an amended complaint by by August 14, 2014, this action
18
     would be dismissed with prejudice.  Plaintiffs failed to file an amended complaint by this
19
     deadline.  Accordingly, the Court HEREBY DISMISSES Plaintiffs' complaint with prejudice.
20
     A separate judgment shall issue and the Clerk is directed to close the file.
21
          **IT IS SO ORDERED.**
22

23

24   Dated: August 20, 2014                     _____
                                                JEFFREY S. WHITE
25                                              UNITED STATES DISTRICT JUDGE

26

27

28

*United States District Court*
For the Northern District of California