To whom: U.S. District Court

California Northern District

Case Name: Rubinstein et la v. Nationstar Mortage, LLC

Case Number: 4:14-cv-00986-JSW

8/14/14.



AUG 21 2014



Dear clerk of U.S. District Court:

We are in the process of switching our attorney and our new attorney needs more time to study the case.

Please give us one month extension from 8/14/14 to file an amended complaint, as per the HONORABLE JEFFREY S. WHITE.

Please find substitution of attorney form.

Sincerely

Edward Rubinstein

Marina Gocha

Judgement has already been entered. To the extent Plaintiffs seek leave to file an amended complaint, they would first need to move to amend or vacate judgment. Moreover, unless and until counsel formerly withdraws, Plaintiffs are officially represented by counsel. Therefore, it is not proper for them to file documents on their own behalf. To the extent this letter was intended to be a motion for leave for an extension of time, it is DENIED as improper.

Dated: August 26, 2014

